# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY L. BARKUS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>G. SWARTHOUT, Warden,<br><br>　　　　　Respondent. | NO. CV 12-0937 MMM (FMO)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 17, 2012

　　　　　　　　　　　　　　　　_Margaret M. Morrow_
　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE